**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RACHAEL BLENKHORN, on her own behalf
and others similarly situated,

    Plaintiff,

v.                              CASE NO:  2:08-cv-783-FtM-UA-DNF

DAVID C. RANDALL, D.V.M., P.A.,

    Defendant.

_____/

**O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that Defendant's Motion to Dismiss and or in the Alternative Motion for More Definite Statement (Dkt. 10) is denied.  Plaintiff's complaint more than adequately alleges facts establishing the Court's jurisdiction under the Fair Labor Standards Act and is more than sufficient to state a claim for relief under the Act.  Defendant shall file its answer and defenses within ten (10) days of this order.

    **DONE AND ORDERED** at Tampa, Florida, on November 10, 2008.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record